| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | DAMALI A. TAYLOR (262489)<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 7 | E-Mail: damali.taylor@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0467 RS |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND DOCUMENTING EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |
| ALIK D. ILYIN, | ) ) | |
| Defendants. | ) ) | |

On June 19, 2012, the parties appeared before Magistrate Judge Nathanael M. Cousins, at which time the defendant entered a plea of not guilty. The defendant, ALIK D. ILYIN, was represented by his counsel, Erik Babcock, and the government was represented by DAMALI A. TAYLOR, Assistant United States Attorney. During the hearing, the matter was set for initial status conference on July 10, 2012 before the Honorable Richard Seeborg. On July 2, 2012, a motion was filed which would relieve the defendant's current counsel, Erik Babcock, and would grant the defendant new counsel. On July 9, 2012, the status conference set for July 10, 2012 was moved to July 17, 2012 by the clerk with the consent of the parties.

Identification of defendant's counsel has now been scheduled before Magistrate Judge

ORDER EXCLUDING TIME
CR 12-0467

Maria-Elena James on July 18, 2012. Accordingly, counsel for defendant ALIK D. ILYIN, Erik Babcock, and the government, represented by DAMALI A. TAYLOR, Assistant United States Attorney, hereby agree and stipulate to continue the status conference date presently set for Tuesday, July 17, 2012 to Tuesday, July 31, 2012 at 2:30 p.m.

The parties further stipulate, for both continuity and effective preparation of counsel, that time be excluded under the Speedy Trial Act between July 10, 2012, the previously scheduled status conference date, and Tuesday, July 31, 2012, the new date. The additional time is necessary to give counsel, once identified, reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and it is in the best interests of the defendant to do so.

The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: July 16, 2012            /s/
DAMALI A. TAYLOR
Assistant United States Attorney

DATED: July 16, 2012            /s/
ERIK BABCOCK
Counsel for ALIK D. ILYIN

ORDER EXCLUDING TIME
CR 12-0467            -2-

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | <div align="center">[~~PROPOSED~~] ORDER</div> |
| 4 | For the foregoing reasons, the Court HEREBY ORDERS that the initial status conference |
| 5 | in this matter is re-set from July 17, 2012 to Tuesday, July 31, 2012 at 2:30 p.m., before the |
| 6 | Honorable Richard Seeborg. The Court further finds that the failure to grant the requested |
| 7 | extension would deny counsel the reasonable time necessary for effective preparation, taking |
| 8 | into account the exercise of due diligence. The Court finds that the ends of justice served by |
| 9 | granting the requested extension outweigh the best interests of the public and the defendant in a |
| 10 | speedy trial and in the prompt disposition of criminal cases. The Court also concludes that an |
| 11 | exclusion of time from July 10, 2012 through and including July 31, 2012, should be made under |
| 12 | Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court also |
| 13 | finds that the ends of justice served by excluding the period from July 10, 2012 through and |
| 14 | including July 31, 2012, outweigh the best interest of the public and the defendant in a speedy |
| 15 | trial. Id. § 3161(h)(7)(A). |

**IT IS SO ORDERED**.

Dated: 7/16/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE