LIDIA S. STIGLICH, State Bar No. 182100
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 486-0800
Facsimile: (510) 486-0801

Attorneys for Defendant
ALIK D. ILYIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALIK D. ILYIN,<br><br>Defendants. | Case No. CR 12-0467 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE DATE** |

Defendant ALIK D. ILYIN, by and through his counsel Lidia Stiglich, and the United States of America, by and through Assistant United States Attorney Damali A. Taylor, hereby stipulate and agree to a one-week continuance of the status conference date presently scheduled for August 21, 2012. Specifically, the parties stipulate and agree to continue the August 21st status conference date to August 28, 2012, at 2:00 p.m.

Good cause exists for this request because the government is expected to file a superseding indictment. The arraignment on the superseding indictment will take place on August 24, 2012. Accordingly, the parties request that the status conference date be continued so that it will take place following the arraignment on the new indictment.

This stipulation is entered in the interest of justice and therefore the period of time from the date of this stipulation to the new hearing date is, to the extent applicable, excluded under the

1
STIP & [PROP] ORDER RE CONTINUE STATUS CONFERENCE DATE
C:\Users\scott\Desktop\Ilyin Stip.doc

| | |
|---|---|
| 1 | Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*. |
| 2 | **IT IS SO STIPULATED.** |

Dated: 8/16/2012

/s/Damali Taylor

Damali Taylor
Assistant United States Attorney

Dated: 8/16/2012

/s/Lidia Stiglich

Lidia S. Stiglich
Attorneys for Defendant
ALIK D. ILYIN

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the August 21, 2012, status conference date in the above-entitled matter be continued to August 28, 2012, at ~~2:00~~ 2:30 p.m.

Time in this matter is excluded commencing from the date of the stipulation to the date of status conference under the provisions of the Speedy Trial Act. The exclusion of time is based on the interest of justice.

IT IS SO ORDERED.

Dated: 8/20/12

Honorable Richard Seeborg
United States District Judge