1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   DAMALI A. TAYLOR  (262489)
    Assistant United States Attorney
5       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102
6       Telephone:  (415) 436-7200
        Fax: (415) 436-7234
7       E-Mail: damali.taylor@usdoj.gov

8   Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14   UNITED STATES OF AMERICA,          )    No. CR 12-0467 RS
                                         )
15          Plaintiff,                   )
                                         )    STIPULATION AND [~~PROPOSED~~]
16   v.                                  )    ORDER SETTING TRIAL DATE AND
                                         )    DOCUMENTING EXCLUSION OF TIME
17   ALIK D. ILYIN,                      )    UNDER SPEEDY TRIAL ACT
                                         )
18          Defendants.                  )
     ────────────────────────────────── )
19

20          On October 9, 2012, the parties appeared before the Honorable Richard Seeborg for a

21   status conference.  The defendant, ALIK D. ILYIN, was present and represented by newly

22   appointed counsel, Michael Stepanian, Esq., and the government was in Court represented by

23   DAMALI A. TAYLOR, Assistant United States Attorney.  The parties and the Court agreed to a

24   trial date of February 4, 2013 before the Honorable Richard Seeborg.

25          Counsel for defendant ALIK D. ILYIN, Michael Stepanian, and the government,

26   represented by DAMALI A. TAYLOR, Assistant United States Attorney, hereby agree and

27   stipulate, for both continuity and effective preparation of counsel, that time be excluded under

28   the Speedy Trial Act between Tuesday, October 9, 2012 and Monday, February 4, 2013, the date

for trial. Mr. Stepanian was only recently appointed to this case and is still reviewing discovery. The additional time is necessary to give counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and it is in the best interests of the defendant to do so. The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: October 9, 2012 _____/s/_____
DAMALI A. TAYLOR
Assistant United States Attorney

DATED: October 9, 2012 _____/s/_____
MICHAEL STEPANIAN
Counsel for ALIK D. ILYIN

[PROPOSED] ORDER

For the foregoing reasons, the Court concludes that an exclusion of time from October 9, 2012 through and including February 4, 2013, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also finds that the ends of justice served by excluding the period from October 9, 2012 through and including February 4, 2013, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

 **IT IS SO ORDERED**.


Dated:  __10/15/12_____

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE