| | |
|---|---|
| 1 | MICHAEL STEPANIAN<br>Attorney at Law (CSBN 037712) |
| 2 | 819 Eddy Street<br>San Francisco, California 94109 |
| 3 | Tel: (415) 771-6174<br>Fax: (415) 474-3748 |
| 4 | Mstepanian@sbcglobal.net |
| 5 | Attorney for Defendant<br>ALIK D. ILYIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALIK D. ILYIN,<br><br>Defendant.<br>_____/ | ) ) ) ) ) ) ) ) ) | No. 12-467-RS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER ALLOWING<br>DEFENDANT TO VISIT HIS FATHER<br>AT MARIN GENERAL HOSPITAL** |

ALIK D. ILYIN, by and through his counsel, MICHAEL STEPANIAN, and Assistant United States Attorney Demali Taylor, hereby stipulate and ask the Court to Order that defendant Ilyin shall be allowed to visit his father, Dimitri Ilyin, who is in the Intensive Care Unit at Marin General Hospital, located at 250 Bon Air Road, Greenbrae, California. He shall be transported from the half-way house GEO Care, located at 111 Taylor Street in San Francisco to the hospital on February 6, 2013, during visiting hours, and returned immediately thereafter by my associate, Erin Crane, Esq..

United States Pretrial Service Officer Gelareh Fahramand has no objection to this request.

DATED: February 6, 2013.            /s/ MICHAEL STEPANIAN
                                                   Michael Stepanian
                                                   Attorney for Defendant
                                                   ALIK D. ILYIN

Stipulation to allow hospital visit

DATED: February 6, 2013.         /S/DEMALI TAYLOR
                                  Demali Taylor
                                  Assistant United States Attorney

SO ORDERED:

Dated:   2/6/2013

_____
Maria-Elena James
United States Magistrate Judge

Stipulation to allow hospital visit