```
 1  MICHAEL STEPANIAN
    Attorney at Law (CSBN 037712)
 2  819 Eddy Street
    San Francisco, California  94109
 3  Tel: (415) 771-6174
    Fax: (415) 474-3748
 4  Mstepanian@sbcglobal.net

 5  Attorney for Defendant
    ALIK D. ILYIN
 6

 7

 8
                        UNITED STATES DISTRICT COURT
 9
                        EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,
                                          No. 12-467-RS
12      Plaintiff,
                                          STIPULATION AND [PROPOSED]
13  vs.                                   ORDER ALLOWING SUBSTITUTION
                                          OF SECOND CHAIR COUNSEL
14  ALIK D. ILYIN,

15      Defendant.
    _____/
16
         IT IS STIPULATED that Erin Crane be substituted as second chair counsel for Alik D.
17
    Ilyin in place of Thomas Feimer.
18

19  DATED: February 13, 2013.         /s/ MICHAEL STEPANIAN
                                      Michael Stepanian
20                                    Attorney for Defendant
                                      ALIK D. ILYIN
21

22
    DATED: February 13, 2013.         /S/THOMAS FEIMER
23                                    Attorney for Defendant
                                      Alik D. Ilyin
24

25  DATED: February 13, 2013.         /S/ERIN CRANE
                                      Attorney for Defendant
26  //                                Alik D. Ilyin

27  //

28
```

STIPULATION FOR SUBSTITUTION OF SECOND CHAIR COUNSEL; [PROPOSED] ORDER

1  //
2
3  SO ORDERED: 2/12/13
4
5                                    _____
                                     HON. RICHARD SEEBORG
6                                    United States District Judge

STIPULATION FOR SUBSTITUTION OF SECOND CHAIR COUNSEL; [PROPOSED] ORDER                    2